UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

MICHAEL TEDESCHI II,

    Plaintiff,                                    DEMAND FOR JURY TRIAL

 -vs-                                              Case No. 15-12912
                                                    Hon. Victoria A Roberts

CROSSTOWN LAW LLC, *et al.*

    Defendants.

## STIPULATION TO DISMISS
## CROSSTOWN LAW, LLC and PINNACLE CREDIT SERVICES, LLC WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties to this stipulation agree that all claims against CROSSTOWN LAW, LLC and PINNACLE CREDIT SERVICES, LLC should be dismissed with prejudice and without costs, sanctions, or attorneys fees.

Stipulated to by:

By:   s/ Adam G. Taub_____
       Adam G. Taub (P48703)
       ADAM G. TAUB & ASSOCIATES
       CONSUMER LAW GROUP, PLC
       Attorney for Michael Tedeschi II
       17200 West Ten Mile Rd, Ste 200
       Southfield, MI 48075
       (248) 746-3790
       adamgtaub@clgplc.net

By: /s/David Shaver
    Jeffrey C Turner (OH # 0063154)
    David Shaver (OH # 0085101)
    SURDYK, DOWD & TURNER CO., L.P.A.
    Attorney for Crosstown Law, LLC and Pinnacle Credit Services, LLC
    8163 Old Yankee Street, Ste C
    Dayton OH 45458
    (937) 222-2333 (937) 222-1970 (fax)
    Jturner@sdtlawyers.com
    dshaver@sdtlawyers.com

Dated: October 6, 2015

UNITED STATES of AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

MICHAEL TEDESCHI II ,

      Plaintiff,                                             DEMAND FOR JURY TRIAL

 -vs-                                                                        Case No. 15-12912
                                                                         Hon. Victoria A Roberts

CROSSTOWN LAW LLC, et al.

      Defendants.

## ORDER DISMISSING
## CROSSTOWN LAW, LLC and PINNACLE CREDIT SERVICES, LLC
## WITH PREJUDICE

Based on the stipulation of the parties, CROSSTOWN LAW, LLC and PINNACLE CREDIT SERVICES, LLC are hereby dismissed with prejudice and without costs, sanctions, or attorneys fees.

**SO ORDERED**.

                                                      S/Victoria A. Roberts
                                                      United States District Judge

Entered at Detroit Michigan, on October 8, 2015.